# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TORRES,<br><br>　　　　　Defendant. | Case No.: 1:17-cv-00375-DAD-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO ANSWER<br><br>[ECF No. 14] |

Plaintiff Terrance Wilson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action proceeds on Plaintiff's claim for deliberate indifference and negligence against Defendant Torres.

On July 20, 2017, Defendant filed an answer to Plaintiff's complaint. (ECF No. 12.) On August 2, 2017, Plaintiff filed a reply to Defendant's answer. (ECF No. 14.)

Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

1

Fed. R. Civ. P. 7(a). Because the Court did not order Plaintiff to reply to Defendant's answer, Plaintiff's reply is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: __**August 4, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE